# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JESSICA RODDY,

Plaintiff,

v.

FICKA & ASSOCIATES,

Defendant.

Civil No. 08-0581 (JRT/JJK)

**ORDER**

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC,** 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

The above-referenced matter came before the Honorable John R. Tunheim on the 20th day of October 2009, for hearing on Plaintiff's Motion for Default Judgment against Defendant Ficka & Associates.

Mark L. Vavreck, Esq. appeared on behalf of the Plaintiff.

The Court having heard the arguments of counsel, being full advised of the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. That Plaintiff's Motion for Default Judgment against Defendant, in the amount of $4,130.00 is hereby **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 20, 2009
at Minneapolis, Minnesota

    s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge